## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2005, I caused a copy of the foregoing Defendant National Railroad Passenger Corporation's Motion to Dismiss, Memorandum in Support and proposed Order to be served electronically and by first-class mail, postage prepaid on:

>Edwin C. Brown, Jr., Esq.
>William H. Herrington, Esq.
>6269 Franconia Road
>Alexandria, VA 22310

_____
Keith Fischler