IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA F. JOHNSON<br>5640 Naylor Court<br>Dale City, VA 22193,<br><br>      Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION<br>60 Massachusetts Avenue, N.E.<br>Washington, D.C. 20002,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:05CV02008-JDB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant National Railroad Passenger Corporation moves this Court for an Order dismissing plaintiff Lena F. Johnson's claims. According to the allegations stated in the Complaint, her suit is time barred and fails to state a claim upon which relief can be granted.

For this reason, as set forth in full in the attached memorandum of points and authorities, plaintiff Lena Johnson's Complaint should be dismissed with prejudice.

                                            Respectfully submitted,

                                            _/s/_____
                                            Keith Fischler (Bar No. 377601)
                                            Kruchko & Fries
                                            1750 Tysons Boulevard, Suite 560
                                            McLean, VA 22102
                                            (703) 734-0554
                                            (703) 734-0876 (fax)

>Denyse Nelson
>National Railroad Passenger Corporation
>60 Massachusetts Avenue, N.E.
>Washington, D.C. 20002
>(202) 906-3185
>(202) 906-2821 (fax)
>
>Counsel for Defendant
>National Railroad Passenger Corporation

Dated: December 16, 2005