IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA F. JOHNSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV02008-JDB |

**<u>ORDER</u>**

Upon review of Defendant National Railroad Passenger Corporation's Motion to Dismiss and all papers submitted in support of this Motion, Plaintiff's Opposition to this Motion, and the Court being fully advised in the Premises,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and

IT IS FURTHER ORDERED that the Complaint is dismissed with prejudice.

_____
Judge John D. Bates

Dated: _____