**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LENA F. JOHNSON,**

       **Plaintiff,**

          **v.**

**NATIONAL RAILROAD PASSENGER**
**CORP.,**

       **Defendant.**

**Civil Action No.  05-2008 (JDB)**

## ORDER

Plaintiff Lena F. Johnson, through counsel, initiated this civil action on October 7, 2005,
alleging that defendant, the National Railroad Passenger Corp. ("Amtrak"), committed unlawful
discrimination in employment under Title VII of the Civil Rights Act of 1964.  According to the
complaint, the Equal Employment Opportunity Commission ("EEOC") notified plaintiff of her
right to sue Amtrak by a letter dated July 5, 2005.  See Compl. ¶ 10.  On December 16, 2005,
defendant filed [3] a motion to dismiss, asserting that plaintiff's claims are time-barred under the
limitations period prescribed by 42 U.S.C. 2000e-5(f)(1), which requires that a civil action under
Title VII be filed within ninety days of receipt of an EEOC right-to-sue notice.

Rule 7(b) of the Local Rules of Civil Procedure provides that when an adverse party fails
to file an opposition to a motion within eleven days of the date of service of the motion, the Court
may treat the motion as conceded.  Twenty-five days have passed since defendant served
plaintiff's counsel electronically with the motion to dismiss.  See L. Civ. R. 5.4(d) ("Electronic
filing of any document operates to effect service of the document on counsel ... who have received

CM/ECF passwords.").  As of this date, plaintiff has not filed any opposition to defendant's

motion to dismiss.  Accordingly, it is this 11th day of January, 2006, hereby

ORDERED that plaintiff shall file with the Court a response to defendant's motion to

dismiss by not later than 5:00 p.m. on January 20, 2006.  If plaintiff does not respond in a timely

fashion, the court will treat the motion as conceded and dismiss the case.


/s/ John D. Bates
JOHN D. BATES
United States District Judge


Copies to:

Edwin C. Brown
6269 Franconia Road
Alexandria, VA  22310
Email: brownfirm@lawyer.com

    *Counsel for plaintiff*


Keith Fischler
KRUCHKO & FRIES
1750 Tysons Boulevard, Suite 560
McLean, VA  22102
Email: kfischler@kruchkoandfries.com

    *Counsel for defendant*