## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**LENA F. JOHNSON,**

      **Plaintiff,**

        **v.**

**NATIONAL RAILROAD PASSENGER CORP.,**

      **Defendant.**

**Civil Action No.  05-2008 (JDB)**

## ORDER

Plaintiff Lena F. Johnson, through counsel, initiated this civil action on October 7, 2005, alleging that defendant, the National Railroad Passenger Corp. ("Amtrak"), committed unlawful discrimination in employment under Title VII of the Civil Rights Act of 1964.  According to the complaint, the Equal Employment Opportunity Commission ("EEOC") notified plaintiff of her right to sue Amtrak by a letter dated July 5, 2005.  See Compl. ¶ 10.  On December 16, 2005, defendant filed [3] a motion to dismiss, asserting that plaintiff's claims are time-barred under the limitations period prescribed by 42 U.S.C. 2000e-5(f)(1), which requires that a civil action under Title VII be filed within ninety days of receipt of an EEOC right-to-sue notice.

Rule 7(b) of the Local Rules of Civil Procedure provides that when an adverse party fails to file an opposition to a motion within eleven days of the date of service of the motion, the Court may treat the motion as conceded.  Having received no response to the motion from the plaintiff as of January 11, 2006 -- twenty-five days after defendant served plaintiff's counsel electronically with the motion to dismiss, see L. Civ. R. 5.4(d) -- the Court issued [4] an order that notified

-1-

plaintiff of defendant's motion and required a response by not later than 5:00 p.m. on January 20, 2006.  Plaintiff failed to comply with that order.  Accordingly, the Court will treat the motion to dismiss as conceded, and it is this 26th day of January, 2006, hereby

**ORDERED** that the motion to dismiss is **GRANTED**; and it is further

**ORDERED** that the complaint is **DISMISSED**.


_____/s/ John D. Bates_____
JOHN D. BATES
United States District Judge


Copies to:

Edwin C. Brown
6269 Franconia Road
Alexandria, VA  22310
Email: brownfirm@lawyer.com

*Counsel for plaintiff*


Keith Fischler
KRUCHKO & FRIES
1750 Tysons Boulevard, Suite 560
McLean, VA  22102
Email: kfischler@kruchkoandfries.com

*Counsel for defendant*